**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ZENO HIGGS,
    Petitioner,

v.                                                                  Case No. 5:26-cv-259-KKM-PRL

WARDEN, FCC COLEMAN -
MEDIUM,
    Respondent.
_____

## **ORDER**

Zeno Higgs initiated this action by petitioning for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1.) He failed to pay the filing fee or move for leave to proceed in forma pauperis. The April 13, 2026 standing order advises Higgs that he must pay the filing fee or move to proceed in forma pauperis within 30 days. (Doc. 2, pp. 1–2.) The standing order cautions Higgs that his "failure to comply with the rules or any Court order could result in sanctions, including dismissal[.]" (*Id.*, p. 1.) The standing order was sent to Higgs at his address on file and was returned marked as "no longer at this address" on April 28, 2026. (Doc. 3.) On April 29, 2026, the standing order was sent to Higgs at the Federal Correctional Institution in Tallahassee, Florida, where he now appears to be incarcerated. *See* Inmate Search, Federal Bureau of Prisons, available at https://www.bop.gov/inmateloc/ (last visited July 2, 2026). To date, the standing order has not been returned, and Higgs has failed to comply.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's order and failure to pay the filing fee. The **CLERK** is directed to enter a judgment of dismissal without prejudice and to **CLOSE** this case.

**ORDERED** in Ocala, Florida July 2, 2026.

Kathryn Kimball Mizelle
United States District Judge